David M. KUPFER, as co-trustee of the
Kupfer Family Living Trust u/a dtd
5/6/93, et al., Plaintiffs—Appellees,

v.

Wendy Feldman PURNER, aka Wendy
Purner Feldman, aka Wendy Feld-
man, aka Wendy Purner, aka Wendy
F. Purner, et al., Defendants—Appel-
lants,

and

Sutro and Co., Inc., a Nevada
corporation, et al.,
Defendants.

No. 01–57143.

D.C. No. CV–01–01769–NAJ(RBB).

United States Court of Appeals,
Ninth Circuit.

Submitted April 8, 2002.*

Decided April 11, 2002.

Before BROWNING, KLEINFELD,
and GOULD, Circuit Judges.

MEMORANDUM**

This preliminary injunction appeal
comes to us under Ninth Circuit Rule 3–3.
We have jurisdiction under 28 U.S.C.
§ 1292(a)(1), and we affirm.

---

* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

Appellees' non-frivolous assertion of a
claim under Section 10(b) of the Securities
Exchange Act of 1934, 15 U.S.C. § 78j(b),
was sufficient to confer subject matter jur-
isdiction on the district court. *Bell v.
Hood*, 327 U.S. 678, 682, 66 S.Ct. 773, 90
L.Ed. 939 (1946). Subject matter jurisdic-
tion being appellants' only objection to the
preliminary injunction order, we express
no opinion regarding the merits of the
complaint and affirm the district court's
order.

**AFFIRMED.**

---

courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.

